UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cr-00007

**United States of America**

v.

**Derek Robert Hamm**

# ORDER

 This criminal action was referred to United States Magistrate Judge K. Nicole Mitchell for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and recommendation on guilty plea. Doc. 29. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on counts one, two, fourteen, sixteen, seventeen, and thirty-two of the indictment. *Id*. Defendant waived his right to object to the magistrate judge's findings. *Id*. at 2.

 The court hereby accepts the findings of fact and recommendation on guilty plea of the United States Magistrate Judge. The court also accepts defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

 In accordance with defendant's guilty plea, the court finds defendant Derek Robert Hamm guilty of: counts one and two of the indictment, charging violations of 18 U.S.C. § 1343 – Wire Fraud; count fourteen of the indictment, charging a violation of 18 U.S.C. § 498 – Use of a Forged Military Discharge Certificate; count sixteen of the indictment, charging a violation of 18 U.S.C. § 704(b) – Fraudulently Holding Oneself out to be a Recipient of Military Medals or Decorations; count seventeen of the indictment, charging a violation of 18 U.S.C. § 1957 – Engaging in a Monetary Transaction with Criminally Derived Property; and count thirty-two of the indictment, charging a violation of 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition.

- 2 -

*So ordered by the court on June 24, 2022.*

J. CAMPBELL BARKER
United States District Judge