UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cr-00007

**United States of America**

v.

**Derek Robert Hamm**

### ORDER

This criminal action was referred for adjudication of defendant's motion to withdraw from his plea agreement. Doc. 47. On May 5, 2023, the magistrate judge issued a report recommending that the motion be denied. Doc. 50. Despite receiving an extension of time, no party filed written objections.

When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court denies the motion to withdraw from plea agreement. Doc. 40.

So ordered by the court on June 6, 2023.

J. CAMPBELL BARKER
United States District Judge